UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN KUUMBA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　Defendants. | Case No. 1:24-cv-00842-KES-CDB<br><br>ORDER GRANTING DEFENDANT UNITED STATES OF AMERICA'S UNOPPOSED MOTION TO CONTINUE DISPOSITIVE MOTION DEADLINES<br><br>(Docs. 24, 26) |

Plaintiff Vivian Kuumba ("Plaintiff") initiated this action with the filing of a complaint on July 19, 2024. (Doc. 1). Plaintiff seeks damages against Defendant United States of America ("USA"), United States Postal Service ("USPS"), and Jose Jeffrey Andrade (collectively, "Defendants") for claims of negligence under the Federal Tort Claims Act arising out of a motor vehicle accident in Bakersfield, California on July 19, 2022. *Id.* On December 16, 2024, the Court entered the operative scheduling order setting forth discovery and case management dates and deadlines, including, relevant here, the deadline to file dispositive motions by October 31, 2025. (Doc. 15). On June 20, 2025, the Court granted in part the parties' stipulated request *nunc pro tunc* to amend the scheduling order as modified, continuing only the non-expert discovery deadline to July 3, 2025, for the limited purpose of facilitating the deposition of Plaintiff. (Doc. 21 at 4).

Pending before the Court is Defendant USA's unopposed motion to continue the dispositive motion deadline, filed on October 7, 2025. (Doc. 24). The government represents that

1  on September 30, 2025, the appropriations that have been funding the Department of Justice
2  expired and appropriations to the Department lapsed, and it is not clear when funding will be
3  restored by Congress. *Id.* ¶ 2. The government represents that absent an appropriation or
4  continuing resolution, Department of Justice attorneys are prohibited from working, even on a
5  voluntary basis, except in very limited circumstances, including "emergencies involving the safety
6  of human life or the protection of property" but that exception is not deemed to include most civil
7  cases. *Id.* ¶ 3 (citing 31 U.S.C. § 1342). The government represents that this case was reassigned
8  from an Assistant United States Attorney (AUSA) who retired on September 20, 2025, to another
9  AUSA who has not yet appeared in this action and who has been furloughed since October 1, 2025.
10 *Id.* ¶ 4. The government represents that due to the government shutdown and the assigned AUSA
11 being furloughed, the assigned AUSA cannot review, evaluate, or respond to Plaintiff's settlement
12 proposal that was made earlier in this case, nor can the AUSA determine whether the government
13 will file a dispositive motion or meet and confer on a possible motion for summary judgment
14 motion by the current deadlines. *Id.* ¶ 5. The government represents that the assigned AUSA will
15 be on previously scheduled leave from October 9 to 17, 2025, and therefore the government
16 requests a continuance of the dispositive motion deadlines until Congress has restored
17 appropriations to the Department. *Id.* ¶¶ 6, 7. The assigned AUSA represents that if the request
18 is granted, he will notify the Court as soon as Congress has appropriated funds for the Department
19 or enacted a continuing resolution, and will address Plaintiff's settlement proposal and possible
20 dispositive motion as soon as practicable, and after appropriations have been restored, he may also
21 need to request extensions on other impacted deadlines. *Id.* ¶ 8.

22 On October 13, 2025, at the Court's direction, Plaintiff filed a statement of non-opposition
23 to USA's motion to continue the dispositive motion deadline, indicating Plaintiff agrees with the
24 requested continuance. (Docs. 25, 26).

25 Here, in light of Defendant USA's representation that counsel is prohibited from working
26 during the pendency of lapse in appropriations, and Plaintiff's agreement to the requested
27 continuance, the Court finds good cause to continue the dispositive motion filing deadline and
28 hearing date by 45 days. *See* Local Rule 144(c).

**Conclusion and Order**

Good cause appearing, IT IS HEREBY ORDERED that the scheduling order (Docs. 15, 21) is amended as follows: dispositive motions shall be filed by **December 15, 2025**; dispositive motion hearing (KES) is continued to **February 2, 2026, at 1:30 PM**.

Further, Defendant USA shall meet and confer with Plaintiff and SHALL FILE a status report within **three (3) days** of any restored appropriations of funds for the Department of Justice or enactment of a continuing resolution and indicate whether any amendments are needed to the dates and deadlines of the operative scheduling order.

All other case management dates and provisions of the operative scheduling order (Docs. 15, 21) not in conflict with this order remain unchanged.

IT IS SO ORDERED.

Dated: **October 14, 2025**

UNITED STATES MAGISTRATE JUDGE

3